EAST JEFFERSON COUNTY
SANITATION DISTRICT,
Petitioner,

v.

CITY AND COUNTY OF DENVER, a municipal corporation; City and County of Denver, Department of Public Works; and Manager of Public Works of the City and County of Denver, Colorado, Respondents.

No. 89SC126.

Supreme Court of Colorado,
En Banc.

May 15, 1989.

Petition for Writ of Certiorari DENIED.

1629 JOINT VENTURE, Petitioner,

v.

Thomas DAHLQUIST, Respondent.

No. 89SC130.

Supreme Court of Colorado,
En Banc.

May 22, 1989.

Petition for Writ of Certiorari DENIED.

VOLLACK, J., does not participate.